IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CHERNE,<br>    Plaintiff,<br><br>        v.<br><br>JET EXPRESS, INC., T&B TRUCKING, L.L.C.,<br>and CRAIG W. WHEELER,<br>    Defendants. | No:<br>FILED: MAY 22, 2008<br>08CV2987           AEE<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE NOLAN |

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Jet Express, Inc., T&B Trucking, L.L.C., and Craig W. Wheeler, hereby remove to this Court the state court action described below.

On May 9, 2008 this action was commenced in the Cook County Circuit Court, Cook County, Illinois, entitled William Cherne, Plaintiff v. Jet Express, Inc., T&B Trucking, L.L.C., and Craig W. Wheeler, Defendants, Case Number 2008 L 005145.

Defendants were served with a summons on May 12, 2008, and received a copy of Plaintiff's Complaint at Law on May 12, 2008. This Notice is timely.

Copies of all process, pleadings and orders served upon these Defendants in this state court action are attached hereto as Exhibit A.

This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. 1332, and is one which may be removed to this Court by Defendants pursuant to provisions of 28 U.S.C. 1441 (b) and 28 U.S.C. 1446 in that it is a civil action between

citizens of different state, none of the Defendants are citizens of Illinois and the matter in controversy exceeds $75,000, exclusive of interests and costs. Attorneys for Plaintiff William Cherne have issued a settlement demand of $950,000.

Defendants are informed and believe that Plaintiff William Cherne was and still is a citizen of Illinois. Defendant Jet Express was, at the time of the filing of this action, and still is, a corporation incorporated under the laws of Ohio, having its principal place of business in the state of Ohio. Defendant T&B Trucking, L.L.C. was, at the time of the filing of this action, and still is, a limited liability corporation incorporated under the laws of Ohio, having its principal place of business in the state of Ohio. Defendant Craig W. Wheeler was, at the time of the filing of this action, and still is, a citizen of the state of Ohio. None of the Defendants are citizens of the state of Illinois; none of the Defendants are incorporated in Illinois; none of the Defendants have their principal place of business in Illinois.

Respectfully Submitted,

KRALOVEC & MARQUARD, CHTD.

_____
Michael J. Mullen
Attorney for Defendants, Jet Express, Inc.,
T&B Trucking, L.L.C. and
Craig W. Wheeler

Michael J. Mullen
KRALOVEC & MARQUARD, CHTD.
55 West Monroe Street
Suite 1000
Chicago, Illinois 60603
(312) 346-6027
A.R.D.C. #06182941

2

## AFFIDAVIT OF MAILING

Christine M. Przybysz, being first duly sworn, upon oath, deposes and says that affiant served a copy of the foregoing Notice of Removal by enclosing a copy of the same in a sealed envelope, postage prepaid, deposited in the U.S. Mail Chute at 55 West Monroe Street, Chicago, Illinois, before the hour of 5:00 p.m. on the 22nd day of May, 2008; said envelope being addressed as follows:

>Patrick E. Dwyer
>Dwyer McCarthy & Associates
>39 S. LaSalle, #610
>Chicago, Illinois 60603

Subscribed and Sworn to before me
this 22nd day of May, 2008.

_____
Notary Public

"OFFICIAL SEAL"
EILEEN N. WALSH
Notary Public, State of Illinois
My Commission Expires 10/23/10

3

#41368
STATE OF ILLINOIS)
)SS
COUNTY OF COOK)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| WILLIAM CHERNE, | ) |
| Plaintiff, | ) |
| v. | ) No. 08 L 5145 |
| JET EXPRESS, INC., T&B TRUCKING, LLC., and CRAIG W. WHEELER | ) |
| Defendant. | ) |

### COMPLAINT AT LAW

Now comes the plaintiff, WILLIAM CHERNE, (CHERNE), by and through his attorneys, DWYER, MCCARTHY AND ASSOCIATES, LTD. and complaining of the defendants, JET EXPRESS, INC., (JET), T&B TRUCKING LLC., (T&B), and CRAIG W. WHEELER (WHEELER) individually and as agent, servant, and/or employee of JET and T&B, states as follows:

1. On the 31st day of July 2006, State Route 17 was a public highway running in a general East and West direction and East Road was likewise a public highway running in a general North and South direction in or near the City of Kankakee, State of Illinois, and said highways intersected each other.

2. At the time and place aforesaid, State Route 17 was a two lane highway located in a generally rural area east of Kankakee, Illinois.

EXHIBIT A

3. At the time and place aforesaid, the Plaintiff, CHERNE, was driving a tractor-trailer rig for his employer, Cassens Transport Co., in a general westbound direction on Route 17 near the intersection with East Road.

4. At the time and place aforesaid, Defendant, WHEELER, was acting as a driver employee, agent, and/or servant of JET and/or T&B and was driving in the State of Illinois at the direction of JET and T & B.

5. That at all times relevant, WHEELER was driving a truck owned and operated by JET and/or T&B.

6. That at all times relevant all of the defendants were residents of the State of Ohio in this JET, ATKINSON and T & B were incorporated in Ohio and Wheeler was a resident of Ohio.

7. At the time and place aforesaid the Defendant WHEELER, operated, maintained, managed, and/or controlled a truck owned by JET and/or T&B in a general eastbound direction on State Route 17 and was driving a tractor-trailer rig in an eastbound direction in the westbound lanes of State Route 17.

8. At the time and place aforesaid, the Defendant, WHEELER, acting as an agent, driver servant, and/or employee of JET and/or T&B had a duty to exercise due care in the operation of his employers truck to avoid colliding into and injuring others.

9. That at the time and place stated the defendant WHEELER, while driving east on State Route 17, struck the front of the vehicle driven by CHERNE at a high rate of speed while going east in the westbound lane.

10. At the time and place aforesaid the Defendants, JET and/or T&B and WHEELER, acting through their agents, servants, and/or employees, and WHEELER, individually, and as an

agent, servant, and/or employee of JET and/or T&B, were then and there guilty of one or more of the following acts:

    a. Carelessly and negligently operated, maintained, managed, and/or controlled the truck so that as a direct and proximate result thereof, the plaintiff was injured;

    b. Carelessly and negligently operated a truck without keeping a proper and sufficient lookout;

    c. Carelessly and negligently operated a truck at a rate of speed that was greater than reasonable and proper with regard to traffic conditions, weather, road conditions and the use of the highway in violation of 625 ILCS 5/11-601;

    d. Carelessly and negligently failed to have brakes adequate to control the movement of and to stop and hold such vehicle so as to avoid the collision, in violation 625 ILCS 5/12-301;

    e. Carelessly and negligently failed to steer his vehicle to avoid a collision;

    f. Carelessly and negligently failed to apply his brakes to avoid a collision;

    g. Carelessly and negligently failed to sound his horn to warn Plaintiff that he was about to change lanes, in violation of 625 ILCS 5/12-601;

    h. Carelessly and negligently drove his vehicle on the left hand side of a two way roadway in violation of 625 ILCS 5/11-701(a).

    i. Carelessly and negligently drove his vehicle on the left hand side of the roadway in violation of 625 ILCS 5/11-701(b).

    j. Carelessly and negligently changed lanes in violation of 625 ILCS 5/11-709(a).

    k. Carelessly and negligently drove a vehicle with faulty steering mechanisms.

    l. Carelessly and negligently fell asleep at the wheel and lost control of his vehicle.

    m. Carelessly and negligently failed to use all practical means to avoid a collision.

11. As a direct and proximate result of one or more of the aforesaid wrongful acts of the Defendants, JET and/or T&B, acting through their agents, servants, and/or employees, and WHEELER, individually, and as an agent, servant, and/or employee of JET and/or T&B, the Plaintiff, WILLIAM CHERNE, was injured, both internally and externally, and sustained severe

and permanent injuries, especially to his neck and left shoulder, and has, and will be, hindered and prevented from attending to his normal duties and affairs of life, and has lost, and will lose, great sums in lost wages. Further, Plaintiff suffered great pain and suffering, both in mind and body, and will in the future, continue to suffer. Plaintiff further expended and became liable for, and will become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, Plaintiff, WILLIAM CHERNE, prays for judgment against the Defendants, JET EXPRESS, INC., T&B TRUCKING LLC., and CRAIG W. WHEELER, in a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS plus court costs.

*[signature]*
Attorney for Plaintiff

#41368
Patrick E. Dwyer
DWYER, McCARTHY & ASSOCIATES, LTD.
39 South LaSalle Street, Suite 610
Chicago, IL 60603
(312) 782-7482

B 385664

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| **SUMMONS** | **ALIAS - SUMMONS** | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)
William Cherne,
         plaintiff,

v.

Jet Express, Inc., T & B Trucking, LLC, and Craig W. Wheeler
         defendant.

**SUMMONS**

2008L005145
CALENDAR/ROOM F
TIME 00:00
PI Motor Vehicle
No. 08 L _____

PLEASE SERVE:
Secretary of State
Jesse White
17 N. State Street, Suite 1000
Chicago, IL 60602

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801_____, Chicago, Illinois 60602

☐ District 2 - Skokie          ☐ District 3 - Rolling Meadows    ☐ District 4 - Maywood
  5600 Old Orchard Rd.             2121 Euclid                       1500 Maybrook Ave.
  Skokie, IL 60077                 Rolling Meadows, IL 60008         Maywood, IL 60153

☐ District 5 - Bridgeview       ☐ District 6 - Markham            ☐ Child Support
  10220 S. 76th Ave.               16501 S. Kedzie Pkwy.             28 North Clark St., Room 200
  Bridgeview, IL 60455             Markham, IL 60426                 Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date. MAY 09 2008

WITNESS, **DOROTHY BROWN**
CLERK OF CIRCUIT COURT

Atty. No.: 41368
Name: Dwyer, McCarthy & Associates, Ltd
Atty. for: Plaintiff
Address: 39 S. LaSalle St., Suite 610
City/State/Zip: Chicago, IL. 60603
Telephone: 312-782-7482
Service by Facsimile Transmission will be accepted at: _____

_____
Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CHERNE,<br>   Plaintiff,<br><br>         v.<br><br>JET EXPRESS, INC., T&B TRUCKING, L.L.C.,<br>and CRAIG W. WHEELER,<br>   Defendants. | )<br>)<br>)<br>)<br>)   **Case No:**<br>)<br>)   FILED: MAY 22, 2008<br>)   08CV2987         AEE<br>)   JUDGE ANDERSEN<br>)   MAGISTRATE JUDGE NOLAN<br>) |

### NOTICE OF FILING

To: Mr. Patrick E. Dwyer
    Dwyer McCarthy & Associates
    39 South LaSalle Street, #610
    Chicago, Illinois 60603

PLEASE TAKE NOTICE that on May 22, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, APPEARANCES and NOTICE OF REMOVAL, copies of which are attached hereto and served upon you.

                              KRALOVEC & MARQUARD, CHTD.


                          By: _____
                              Attorneys for Defendants,
                              Jet Express, Inc., T&B Trucking,
                              L.L.C. and Craig W. Wheeler

KRALOVEC & MARQUARD, CHTD.
55 West Monroe Street, Suite 1000
Chicago, Illinois 60603
(312) 346-6027

## AFFIDAVIT OF MAILING

Christine M. Przybysz, being first duly sworn, upon oath, deposes and says that affiant served a copy of the foregoing Notice of Filing, Appearances and Notice of Removal by enclosing copies of the same in a sealed envelope, postage prepaid, deposited in the U.S. Mail Chute at 55 West Monroe Street, Chicago, Illinois, before the hour of 5:00 p.m. on the 22nd day of May, 2008; said envelope being addressed as follows:

> Patrick E. Dwyer
> Dwyer McCarthy & Associates
> 39 S. LaSalle, #610
> Chicago, Illinois 60603

Subscribed and Sworn to before me
this 22nd day of May, 2008.

_____
Notary Public

"OFFICIAL SEAL"
EILEEN N. WALSH
Notary Public, State of Illinois
My Commission Expires 10/23/10