# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>WILLIAM CHERNE,<br>v.                    Plaintiff,<br>JET EXPRESS, INC., T&B TRUCKING, L.L.C.<br>and CRAIG W. WHEELER,<br>                    Defendant | Case Number:<br>FILED: MAY 22, 2008<br>08CV2987        AEE<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JET EXPRESS, INC., T&B TRUCKING, L.L.C. and CRAIG W. WHEELER

| |
|---|
| NAME (Type or print)<br>Michael J. Mullen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ Michael J. Mullen |
| FIRM<br>Kralovec & Marquard, Chartered |
| STREET ADDRESS<br>55 West Monroe Street, Suite 1000 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06182941 | TELEPHONE NUMBER<br>(312) 346-6027 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐